AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Myrna Gallegos_
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jose Alexis VEGA Meraz | ) Case No. **EP-26-MJ-003-ATB** |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 31, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 14.56 kilograms (gross weight) of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_/s/ Complainant's signature_
Sergio Contreras, HSI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/05/2026__

_/s/ Judge's signature_

City and state: __El Paso, Texas__   Anne T. Berton U.S. Magistrate Judge
Printed name and title

Complaint sworn to telephonically on January 05, 2026 at 01:14 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## Affidavit

On December 31, 2025, at approximately 1225 hours, Jose Alexis VEGA Meraz applied for admission into the United States at the vehicle lane number one (1) of the Bridge of the Americas Port of Entry, which is within the Western District of Texas.

VEGA arrived at the inspection booth, declared himself as a Mexican citizen and presented his border crossing card to Customs and Border Protection Officer (CBPO) Diana Barajas. VEGA was the driver and only occupant of a 2014 Chevrolet Camaro bearing Mexican plates. VEGA provided a negative primary Customs declaration to CBPO Barajas. CBPO Barajas asked VEGA where he was traveling to. VEGA stated he was going shopping at the Outlets Mall. CBPO Barajas asked VEGA how much money he was traveling with. VEGA stated he had two hundred dollars ($200.00). CBPO Barajas noticed VEGA appeared to be nervous because VEGA's hands were tightly holding the steering wheel of the vehicle and he was avoiding eye contact with her. CBPO Barajas noticed that the vehicle had been selected for a computer automatic system referral. CBPO Barajas referred VEGA and the vehicle to secondary for further inspection.

In vehicle secondary, CBPO Salvador Ybarra received a negative Customs secondary declaration from VEGA. CBPO Ybarra asked VEGA where he was traveling to. VEGA stated he was going to do some shopping at Cielo Vista Mall. CBPO Ybarra asked VEGA who the vehicle belonged to. VEGA stated it was his vehicle and had purchased it three weeks prior for approximately six or seven thousand dollars. VEGA was asked to step out of the vehicle so it would be inspected and wait at a nearby inspection table. An inspection was completed in the vehicle and then VEGA was asked to drive his vehicle through the Z-Portal Xray.

The CBPO that was reviewing the Z-Portal images noticed rectangular anomalies inside the driver side back quarter panels of the vehicle and notified the officers. Canine Enforcement Officer (CEO) Jose Espinoza was asked to conduct a canine inspection with his canine partner. After the canine inspection, CEO Espinoza notified the officers that his canine partner had alerted him to the trained order of narcotics in the driver side quarter panel. VEGA was escorted to a secure cell. The vehicle was driven to a secure area. The trunk of the vehicle was opened, and the driver side inside quarter panel covers was pulled back and several plastic wrapped rectangular bundles were discovered.  A total of 11 bundles were taken out of the driver side rear quarter panels of the vehicle. A random selected bundle was cut open, and a white powdery substance was extracted. The white powdery substance was field tested and proof positive for the properties of cocaine. The total approximately net weight of the eleven bundles was 14.56 kilograms.

Homeland Security Investigation (HSI) Task Force Officer (TFO) Sergio Contreras and HSI Special Agent (SA) Joseph Hinds arrived at the Port of Entry at approximately 1400 hours and identified themselves to VEGA. HSI TFO Contreras presented VEGA with Statements Notice of Rights in the Spanish language and witness by HSI SA Hinds. At that time, VEGA stated he understood his rights and decided to speak with the Officer and Agent without an attorney present.

VEGA stated an unknown male offered him three thousand dollars ($3000.00) to smuggle what he believed to be illegal drugs into the United States. VEGA stated the unknown male told him to park his vehicle in a street in Ciudad Juarez and he would call him when the vehicle was ready to

take into the United States. VEGA then stated he was told to travel from Juarez to El Paso and park the vehicle on the back parking lot of Cielo Vista Mall, leave the keys somewhere inside the car and go into the mall. VEGA stated they were going to call him when the car was returned to the Cielo Vista Mall parking lot. VEGA stated he was going to return to Ciudad Juarez after they would return his vehicle. VEGA was asked if he knew what kind of illegal drugs he was smuggling into the United States. VEGA stated that he did not know what kind of drugs he was smuggling because the unknown male told him that the least he knew was better.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this incident.